IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**DONALD TUBB**                                                     **PLAINTIFF**

**V.**                          **CIVIL ACTION NO. 1:06CV349-D-D**

**LEE COUNTY SHERIFF'S DEPARTMENT,
LEE COUNTY BOARD OF SUPERVISORS,
DEFENDANT A, DEFENDANT B AND OTHER
UNKNOWN DEFENDANTS**                           **DEFENDANTS**

### NOTICE OF DEPOSITION

TO:   Mr. Donald Tubb
       126 CR 855
       Shannon, MS 38868

Please take notice that the Defendant, Lee County, Mississippi Board of Supervisors, in the above-referenced matter will take the testimony, on oral examination, on August 27, 2007 at 10:00 a.m. of Donald Tubb.

Said deposition is to be taken in the office of **William C. Murphree, Esq., Mitchell, McNutt & Sams, 105 S. Front Street, Tupelo, Mississippi,** before a Court Reporter or some other official duly authorized to administer oaths. Said deposition shall commence at the time above stated and shall be adjourned from day to day until the same is completed.

Respectfully submitted, this the 2nd day of August, 2007.

                                               **LEE COUNTY SHERIFF'S
DEPARTMENT AND LEE COUNTY
BOARD OF SUPERVISORS, Defendants**

                                               **BY: /s/ William C. Murphree
WILLIAM C. MURPHREE, MSB #3661
GARY L. CARNATHAN, MSB #5878**

**OF COUNSEL:**

**MITCHELL, MCNUTT & SAMS, P.A.**       **CARNATHAN & MCAULEY**
**105 S. FRONT STREET**                      **P.O. DRAWER 70**
**P.O. BOX 7120**                                **TUPELO, MISSISSIPPI 38802**
**TUPELO, MISSISSIPPI 38802**            **(662) 842-3321**
**(662) 842-3871**                               **(662) 842-3324 FAX**
**(662) 842-8450 FAX**                      **carnathanlaw@redmagnet.com**
**bmurphree@mitchellmcnutt.com**

770184

## CERTIFICATE OF SERVICE

      I, William C. Murphree, one of the attorneys for the Defendants, Lee County, do hereby certify that I have this day electronically filed the above *Notice of Deposition* with the Court and served on the Plaintiff by United States Mail, first class, postage pre-paid, addressed as follows:

      Mr. Donald Tubb
      126 CR 855
      Shannon, MS  38868

THIS, the 2nd day of August, 2007.

                                        /s/ William C. Murphree
                                        WILLIAM C. MURPHREE

770184